191 So.2d 140

## The BOOGIE KINGS

v.

## Clinton GUILLORY.

### No. 48376.

Nov. 7, 1966.

In re: Clinton Guillory, d/b/a Clint West & The Boogie Kings applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Evangeline. 188 So.2d 445.

Writ refused. On the facts found by the Court of Appeal there is no error of law in its judgment.